**RECEIVED**
*By USMS District of Columbia District Court at 10:28 am, Oct 30, 2026*

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 12037537

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ahmed Sylla | )<br>)<br>)<br>)<br>) | Case: 1:26-cr-00142-ACR<br>Assigned To: Judge Reyes, Ana C.<br>Assign Date: 10/29/2026<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 26-cr-146 (ACR) |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ahmed Sylla ,

who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☑ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - (Conspiracy to Commit Wire Fraud);

18 U.S.C. § 1343 - (Wire Fraud);

Date: 10/29/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/30/2026 and the person was arrested on *(date)* 11/16/2026

at *(city and state)* Washington DC .

Date: 11/16/2026

*Arresting officer's signature*

Jacob Ross, IRS-CI Special Agent
*Printed name and title*